MEMORANDUM OPINION




No. 04-03-00483-CV



ZSL, INC. d/b/a Zapata Service Lease, Inc.,


Appellant



v.



TEJAS GAS OPERATING, INC.,


Appellee



From the 229th Judicial District Court, Jim Hogg County, Texas


Trial Court No. CC-00-207


Honorable Alex W. Gabert, Judge Presiding




PER CURIAM


Sitting: Alma L. López, Chief Justice

 Sarah B. Duncan, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: October 20, 2004


MOTION TO DISMISS GRANTED; DISMISSED

 Appellant filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(1). We order all costs of this appeal assessed against the party
who incurred them.

 PER CURIAM